Fill in this information to identify the case:

Debtor name: **Totally Cool, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| United Dairy<br>47 W. Craig Street<br>Uniontown, PA 15401 | David Berwick<br><br>dberwick@uniteddairy.com<br>724-323-5466 | | | | | $358,462.91 |
| Jeni's Splendid Ice Creams (Vendor)<br>401 N. Front Street, Suite 300<br>Columbus, OH 43215 | Betsey Blake<br><br>betsy.blake@jenis.com<br>614-639-0360 | | | | | $227,371.66 |
| Creative Food Ingredients<br>1 Lincoln Ave.<br>Perry, NY 14530 | Penny Kirdy<br><br>Penny@ifico.com<br>410-771-5593 | | | | | $138,183.18 |
| Darifill<br>750 Green Crest Drive<br>Westerville, OH 43081-4000 | Nathan Scarpone<br><br>nscarpone@DariFill.com<br>614-890-3274 x160 | | | | | $92,638.25 |
| Air Products and Chemicals<br>1940 Air Products Boulevard<br>Allentown, PA 18106 | Ryon Williams<br><br>Willi3@airproducts.com<br>610-705-2283 | | | | | $52,806.63 |
| Stephen Gould Corp.<br>30 Commerce Way<br>Tewksbury, MA 01876 | Howard Silver<br><br>hssilver@stephengould.com<br>508-395-1957 | | | | | $48,192.00 |
| NHT Logistics<br>340 S. Muddy Creek Road<br>Denver, PA 17517 | Ken Martin<br><br>ken@nhtlogistics.com<br>717-629-5028 | | | | | $42,526.86 |
| Capital One (Visa Card)<br>**[NEED ADDRESS]** | | | | | | $41,043.31 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor   **Totally Cool, Inc.**   Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Brill Inc. (CSM/Rise Baking)** 1912 Montreal Road Tucker, GA 30084 | car@risebakingcompany.com 770-724-8200 | | | | | $37,348.00 |
| **Abilyns Frozen Bakery** P.O. Box 526 Wilmington, MA 01887 | Todd Root todd@abilyns.com 617-584-8823 | | Contingent Unliquidated Disputed | | | $0.00 |
| **Amafruits** 8940 West 192nd Street Suite C Mokena, IL 60448 | Brandon Hovey brandon@amafruits.com 708-420-5607 | | Contingent Unliquidated Disputed | | | $0.00 |
| **Crave Better Foods** P.O. Box 383 Cos Cob, CT 06807-0383 | David Clarke dc@cravebetter.com 914-954-4149 | | Contingent Unliquidated Disputed | | | $0.00 |
| **Cygnus Home Services, LLC** 1500 North Hwy 59 Marshall, MN 56258 | Loren Foster Loren.Foster@cynusdelivers.com 314-349-8696 | | Contingent Unliquidated Disputed | | | $0.00 |
| **Dolcezza Gelato** 555 Penn Street NE Washington, DC 20002 | Violeta Edelman violeta@dolcezzagelato.com 202-557-6656 | | Contingent Unliquidated Disputed | | | $0.00 |
| **Friendly's Manufacturing** PO Box 955240 Fort Worth, TX 76155 | Becky Lawing becky.lawing@@dfamilk.com 847-233-5203 | | Contingent Unliquidated Disputed | | | $0.00 |
| **Hershey Ice Cream** 301 South Ameron Street Harrisburg, PA 17101 | Matt Ryan ryanm@hersheyicecream.com 717-238-8134 x4215 | | Contingent Unliquidated Disputed | | | $0.00 |
| **LaSalle Trading, LLC** 435 Longfellow Ave. Bronx, NY 10474 | Inteshar Victor lasalleicecream@yahoo.com 917-337-6000 | | Contingent Unliquidated Disputed | | | $0.00 |

Debtor  **Totally Cool, Inc.**                                  Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lesley Price**<br>c/o Jason P. Sultzer, Esq.<br>Sultzer & Lipari, PLLC<br>86 Civic Center Plaza, Suite 200<br>Poughkeepsie, NY 12601 | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$0.00** |
| **Marco Sweets and Spices**<br>3126 W. 46th Ave.<br>Denver, CO 80211 | **Luke Christianson**<br><br>luke@marcoicecream.com<br>612-554-4557 | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$0.00** |
| **Taharka Brothers**<br>3515 Clipper Mill Road<br>Baltimore, MD 21211 | **Sean Smeeton**<br><br>sean@taharkabrothers.com<br>410-961-2899 | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$0.00** |